U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 23 2009

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| VICKI HALTERMAN o/b/o LARRY E. HALTERMAN | CIVIL ACTION NO. 08-0004 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation [Doc. No. 14] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision denying Plaintiff's claim for Title II Disability Insurance Benefits is REVERSED and REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent therewith.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision dismissing Plaintiff's claim for Title XVI Supplemental Security Income payments is AFFIRMED.

MONROE, LOUISIANA, this 23rd day of February, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE