RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 7/17/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| VICKI HALTERMAN, o/b/o<br>LARRY E. HALTERMAN | CIVIL ACTION NO. 08-0004 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE,<br>COMMISSIONER, SOCIAL<br>SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Petition for Attorney Fees [doc. # 16] is hereby GRANTED, and that the Commissioner be ordered to pay attorney fees in the amount of $ 4,860.00 (1.8 hours at $ 125.00 per hour, plus 30.9 hours at $ 150.00 per hour); plus expenses and costs totaling $ 403.71 to plaintiff's attorney(s).

MONROE, LOUISIANA, this 17 day of July, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE